# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND,

    Plaintiff,

v.

PORT MACHINE WORKS, INC.,

    Defendant,

v.

KEYBANK NATIONAL ASSOCIATION,

    Garnishee.

Case No. MC17-0097RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Port Machine Works, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, KeyBank National Association. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiffs' counsel on August 21, 2017.

Dated this 23rd day of August, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT