UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>PORT MACHINE WORKS, INC., a Washington Corporation, UBI No. 600623704,<br><br>Defendant,<br><br>KEYBANK NATIONAL ASSOCATION,<br><br>Garnishee Defendant. | NO. 2:17-mc-000097<br><br>ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE ANSWER |

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Board of Trustees of the Western Metal Industry Pension Fund |
| Garnishee Defendant: | KeyBank National Association |
| Garnishment Judgment Amount: | $10,366.45 |
| Costs Judgment Amount: | $   156.00 |
| Total Judgment Amount: | $10,522.45 |
| Attorney for Judgment Creditor: | Noelle E. Dwarzski, WSBA No. 40041<br>McKenzie Rothwell Barlow & Coughran, P.S. |

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE ANSWER – 1

1    IT APPEARING THAT Garnishee Defendant was indebted to Defendant Port Machine Works, Inc. in the nonexempt amount of $10,522.45 at the time the Writ of Garnishment was issued, THAT Plaintiffs have a judgment unsatisfied against Defendant in the amount of $10,366.45, THAT Plaintiff has incurred recoverable costs and attorney fees of $156.00 in this garnishment action, THAT Plaintiff attempted service of the Writ of Garnishment on Defendant by Certified Mail to the address on file with the Washington Secretary of State and it was returned as unclaimed, and THAT more than twenty days have elapsed since the Garnishee Defendant filed its Answer; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff is awarded judgment against Defendant in the amount of $156.00 for recoverable costs;

2. Plaintiff is awarded judgment against Defendant Garnishee, KeyBank National Association, in the amount of $10,522.45;

3. Garnishee Defendant shall pay its judgment amount to the Registry of the Court. Upon payment by the Garnishee Defendant, said Garnishee Defendant shall be discharged from this action and the Clerk of Court shall enter full satisfaction of the judgment against Garnishee Defendant.

4. Upon receipt of the aforementioned payment from the Garnishee Defendant, the Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of the court in the principal amount of $10,522.45, plus all accrued interest, minus any statutory user fees, payable to the Board of Trustees of the Western Metal Industry

Pension Fund and shall mail or deliver the check to McKenzie Rothwell Barlow & Coughran, P.S., ATTN: Noelle E. Dwarzski, 1325 Fourth Ave., Suite 910, Seattle, WA 98101-2573; and

    5. Upon receipt of said sum, Plaintiff's attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal Defendant.

Dated this 28th day of September, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
Unites States District Judge